UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Fayroth Luongphonh<br><br>　　Petitioner,<br><br>　　v.<br><br>Mark Bowen, Warden of the Adelanto Detention Facility<br><br><br>in his official capacity,<br>　　Respondent. | 5:26-cv-00245-VBF-AJR<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

**ORDER GRANTING PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Upon consideration of Petitioner's Motion for a Temporary Restraining Order (TRO) and all material submitted in support thereof and in opposition thereto (if applicable), and the applicable law, it is hereby ORDERED that the motion is GRANTED. Until further order of this Court, Respondents are hereby ordered to:

(1) Immediately release Petitioner from custody.

(2) Order that Respondents may not re-detain Petitioner without first following the statutory and regulatory procedures for revocation of release and without first obtaining agreement from Laos to repatriate him and obtaining his travel documents;

(3) Order that Respondents may not remove or seek to remove Petitioner to a third country without notice and meaningful opportunity to respond in compliance with the statute and due process in reopened removal proceedings;

(4) Order that Respondents may not seek to remove or remove Petitioner to any third country because Respondents' third country removal program seeks to impose unconstitutional punishment on its subjects;

(5) This TRO is effective until this Court issues a final decision on Petitioner's habeas petition.

**No later than 11:59 p.m. on Monday, February 9, 2026, the respondents SHALL SHOW CAUSE, in writing, why the Court should not issue a preliminary injunction consistent with the terms of the instant TRO.**

**No later than 11:59 p.m. on Wednesday, February 11, 2026, petitioner MAY FILE a reply.**

IT IS SO ORDERED.

Date: February 4, 2026

_____
The Hon. Valerie Baker Fairbank
Senior United States District Judge

[PROPOSED] ORDER