UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Fayroth Luongphonh<br><br>    Petitioner,<br><br>      v.<br><br>Mark Bowen, Warden of the Adelanto Detention Facility<br><br><br>in his official capacity,<br>    Respondent. | 5:26-cv-00245-VBF-AJR<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

**ORDER GRANTING PRELIMINARY INJUNCTION**

Petitioner's application for a preliminary injunction is GRANTED.

Until further order of this Court, Respondents are ordered not to re-detain Petitioner without first following the statutory and regulatory procedures for revocation of release and without first obtaining agreement from Laos to repatriate him and obtaining his travel documents;

not to remove or seek to remove Petitioner to a third country without notice and meaningful opportunity to respond in compliance with the statute and due process in reopened removal proceedings;

and not to seek to remove or remove Petitioner to any third country because Respondents' third country removal program seeks to impose unconstitutional punishment on its subjects.

This Preliminary Injunction is effective until this Court issues a final decision on Petitioner's habeas corpus petition.

IT IS SO ORDERED.

Date:  February 11, 2026

_____

Hon. Valerie Baker Fairbank

Senior United States District Judge