**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAYROTH LUONGPHONH, | Case No. 5:26-cv-00245-VBF-AJR |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| MARK BOWEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Respondent's Objections. The Court has reviewed those portions of the Report and Recommendation to which Respondent objected under a *de novo* standard of review. Having reviewed the Report and Recommendation *de novo*, Respondent's Objections do not cause the Court to alter or modify the Report. Therefore, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition and Motion to Enforce are GRANTED. Respondent shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner.

Respondents shall not re-detain Petitioner without first providing 7 days' notice of changed circumstances in compliance with 8 C.F.R. § 241.13(i)(2), as well as complying with all other statutory and regulatory procedures for revocation of release, and without first obtaining agreement from Laos to repatriate Petitioner and obtaining his travel documents.  Respondent shall not remove or seek to remove Petitioner to a third country without first providing written notice of the intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3).  Respondent shall file a notice of compliance within twenty-four hours of the entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:     May 22, 2026

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2