JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAYROTH LUONGPHONH, | Case No. 5:26-cv-00245-VBF-AJR |
|      Petitioner, | |
|   v. | **JUDGMENT** |
| MARK BOWEN, | |
|      Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and Motion to Enforce are GRANTED.  Respondent shall immediately release Petitioner from custody on his prior Order of Supervision and immediately return any confiscated property and documents to Petitioner.  Respondents shall not re-detain Petitioner without first providing 7 days' notice of changed circumstances in compliance with 8 C.F.R. § 241.13(i)(2), as well as complying with all other statutory and regulatory procedures for revocation of release, and without first obtaining agreement from Laos to repatriate Petitioner and obtaining his travel documents.  Respondent shall not remove or seek to remove Petitioner to a third

country without first providing written notice of the intent to do so and a meaningful opportunity to respond in reopened removal proceedings under 8 U.S.C. § 1231(b)(3). Respondent shall file a notice of compliance within twenty-four hours.

DATED:  May 22, 2026

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2